# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

Case No. 3:18-cv-168-CRS             ELECTRONICALLY FILED

JORIAN STIGALL             PLAINTIFF

v.     **PLAINTIFF'S RESPONSE MOTION FOR DENIAL TO DEFENDANTS'**
**MOTION TO DISMISS FILED BY**
**LOUISVILLE-JEFFERSON COUNTY METRO GOVERNMENT AND OFFICER JOHN GREEN**

LOUISVILLE JEFFERSON COUNTY
METRO GOVERNMENT, ET AL.,             DEFENDANTS

---

Comes, Plaintiff, Jorian Stigall, by counsel, and move this Court to enter the attached Proposed Order Denying Defendant's Order granting all claims against the Louisville-Jefferson County Metro Government and Officer Jon Green, are Dismissed with prejudice as a matter of law.

Grounds for this motion are set forth in the accompanying Memorandum.

            Respectfully Submitted by,

            /s/ *Shaun A. Wimberly, Sr,*
            SHAUN A. WIMBERLY, SR.
            Wimberly & Associates, PLLC.
            325 West Main Street
            Suite 1816
            Waterfront Plaza Building
            Louisville, KY. 40202
            Office: (502) 208-1887
            Fax: (502) 208-1858
            *shaun_wimberly@icloud.com*
            **COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy hereof was filed with the clerk of the Court by using the Court's CM/ECF System on this 19th day of May 2018, which will send electronic notification of such filing to the individual(s) listed below:

Hon. Annale E. Renneker
Assistant Jefferson County Attorney
531 Court Place, Suite 900
Louisville, Kentucky 40202
Phone 1-502-574-8083
annale.renneker@louisvilleky.gov.
*Counsel for Defendants Louisville-Jefferson County Metro Government and Officer Green*

BY: /s/ *Shaun A. Wimberly, Sr.*
      Shaun A. Wimberly, Sr.