# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

Case No. 3:18-cv-168-CRS                                                       ELECTRONICALLY FILED

JORIAN STIGALL                                                                              PLAINTIFF

v.                      **[*PROPOSED*] ORDER**
**DENYING DEFENDANTS' MOTION TO DISMISS FILED BY**
**LOUISVILLE-JEFFERSON COUNTY METRO GOVERNMENT AND OFFICER JOHN GREEN**

LOUISVILLE JEFFERSON COUNTY
METRO GOVERNMENT, ET AL.,                                             DEFENDANTS

---

Plaintiff having filed a Response Motion for Denial of Defendants' Motion To Dismiss Filed By Louisville-Jefferson County Metro Government and Officer John Green, supported by a Memorandum, requesting the Court to dismiss Defendants' said Motion, and the Court having considered the Defendants' Motion and Plaintiff's Motion filed in Opposition of the Defendants' Motion and thereto and being otherwise sufficiently advised; IT IS HEREBY ORDERED that the Defendants' said Motion is DENIED, and all Plaintiff's claims against Defendants are hereby allowed to continue, therefore the Court makes no judgment as their ultimate merit.

This is a final and appealable Order and the Court determines that there is no just cause for delay in the entry of this Denial of Defendants' Summary Judgment.

DATED this _____ day of, _____ 2018.

_____
DISTRICT JUDGE

_____
DATE

Tendered by:

/s/ *Shaun A. Wimberly, Sr.*

Wimberly and Associates, PLLC.

325 West Main Street

Waterfront Plaza, West Wing, Suite 1816

Louisville, Kentucky 40202

[shaun_wimberly@icloud.com](shaun_wimberly@icloud.com)

Office: 502-208-1887

Fax: 502-208-1858

*Counsel for Plaintiff*