UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JORIAN STIGALL,                                                                         Plaintiff,

v.                                                                Civil Action No. 3:18-cv-168-DJH-RSE

OFFICER JOHN GREEN et al.,                                                        Defendants.

\* \* \* \* \*

**<u>ORDER</u>**

The Court previously referred Plaintiff Jorian Stigall's motion for leave to amend the complaint to Magistrate Judge Regina S. Edwards for report and recommendation.  (Docket No. 83; *see* D.N. 71)  Judge Edwards issued her report and recommendation on November 17, 2022, recommending that the motion for leave to amend be granted.  (D.N. 84)  The time for objections to the magistrate judge's recommendation has now run, with no objections filed.  *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2).

Because no party has objected to the report and recommendation, the Court may adopt it without review.  *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).  Nevertheless, the Court has conducted its own review of the record and finds no error in the magistrate judge's conclusions. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)     The Report and Recommendation of Magistrate Judge Regina S. Edwards (D.N. 84) is **ADOPTED** in full and **INCORPORATED** by reference herein.

(2)     Stigall's motion for leave to amend (D.N. 71) is **GRANTED**.  The Clerk of Court is **DIRECTED** to file the tendered amended complaint (D.N. 71-4) in the record of this matter.

(3)     Defendant Mary King's motion for summary judgment (D.N. 60) is **REINSTATED** to the Court's docket.

1

     (4)    Within **fourteen (14) days** of entry of this Order, Defendant John Green shall advise the Court whether his motion for summary judgment (D.N. 74) should be reinstated and treated as a motion for partial summary judgment or whether he wishes to withdraw the motion and file a new motion addressing all claims.

December 23, 2022

**David J. Hale, Judge**
**United States District Court**